# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM

NO.   2023 CW 0728

VERSUS

TOWN OF SPRINGFIELD AND
TOMMY ABELS, IN HIS OFFICIAL
CAPACITY AS MAYOR FOR THE
TOWN OF SPRINGFIELD

**SEPTEMBER 25, 2023**

---

In Re:   Town of Springfield and Mayor Tommy Abels, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 730012.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                              JMG
                              WIL

   **Chutz, J.**, dissents.   I would grant the writ application
and instruct the district court to transfer the matter to
Livingston Parish per La. Code Civ. P. art. 121.

COURT OF APPEAL, FIRST CIRCUIT

_9.s_
DEPUTY CLERK OF COURT
FOR THE COURT